**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL J. FARON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:25-cv-00869 |
| | § | |
| JAMES V. FARON, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR PARTITION BY SALE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL J. FARON, by and through undersigned counsel, and for his Complaint for Partition by Sale, pursuant to Missouri Revised Statutes Chapter 528, states as follows:

### PARTIES, JURISDICTION, & VENUE

1.      Plaintiff, MICHAEL J. FARON, is an Arizona resident and may be served by and through his attorney of record, Jason Hyde, THE J. HYDE LAW OFFICE, PLLC, 512 W. MLK Jr. Blvd #101, Austin, Texas 78701, jhyde@jhydelaw.com.

2.      Defendant, JAMES V. FARON, is a Missouri resident and may be served at 538 Chalet Court, Creve Coeur, Missouri 63141.

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the action is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

4.      Venue is proper in the Eastern District of Missouri pursuant to 28 U.S.C. § 1391(b)(2) because the real property that is the subject of this action is situated within this district.

## FACTUAL ALLEGATIONS

5.    The real property that is the subject of this action (the "Property") is located in St. Louis County, Missouri, and is legally described as follows:

> *Lot 117 and a part of Lot 118 of Orchard Lake Plat 1, according to the plat thereof recorded in Plat Book 97 page 20 of the St. Louis County Recorder's Office, and part of Lot 118 being described as follows: Beginning at a point being the Northeast corner of said Lot 118; thence Southwardly along a curve to the right having a radius of 785 feet, 2.26 feet to a point; thence Westwardly along a radial line 163.89 feet to a point in the West line of said Lot 118; thence Eastwardly along the North line of said Lot 118, 164.08 feet to the point of beginning.*

> *Locator No. 1170630146*

> *Property Address: 977 Orchard Lakes Drive, St. Louis, Missouri 63146*

6.    Plaintiff and Defendant hold title to the Property as tenants in common, each owning an undivided fifty percent (50%) interest in the Property pursuant to a Beneficiary Deed that transferred title to them upon the death of their father, Paul John Faron.

7.    Defendant executed the Beneficiary Deed on 8 January 2025 as attorney in fact for his father, Paul John Faron.

8.    Paul John Faron died on 15 January 2025.

9.    Despite repeated requests by Plaintiff, Defendant has refused to sell the Property.

## BASIS FOR PARTITION BY SALE

10.    Due to the Property's physical characteristics, location, and current use, it cannot be fairly partitioned in kind without substantial prejudice to the parties.

11.    Partition by sale is therefore necessary, appropriate, and will allow an equitable division of the Property's value.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff MICHAEL J. FARON requests that the Court enter judgment that:

a. Orders the Property be partitioned by sale;

b. Appoints a qualified individual or officer to conduct the sale of the Property;

c. Directs the proceeds from the sale, after payment of costs and expenses, to be distributed equally between Plaintiff and Defendant;

d. Awards Plaintiff his reasonable and necessary attorney's fees;

e. Awards Plaintiff his court costs; and

f. Awards all other relief to which Plaintiff is justly and legally entitled.

Respectfully Submitted,

*/s/ Jason Hyde*

Jason Hyde
Texas Bar No. 24027083
**THE J. HYDE LAW OFFICE, PLLC**
512 W. MLK Jr. Blvd #101
Austin, Texas 78701
Phone: (512) 200-4080
Fax: (512) 675-3575
E-mail: jhyde@jhydelaw.com

*Attorney for Plaintiff Michael J. Faron*

3